IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JON BURNIGHT,** | 2:08-cv-01894 GEB DAD |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file an answer. Good cause appearing, IT IS HEREBY ORDERED that respondent's request for an extension of time is granted. Respondent's answer is due on, or before, December 3, 2008.

DATED: November 4, 2008.

/burn1894.111

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE