|     |                                   |                              |
| --- | --------------------------------- | ---------------------------- |
| 1   |                                   |                              |
| 2   |                                   |                              |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JON BURNIGHT,           | No. 2:05-cv-02019-MCE-CHS |
|-------------------------|---------------------------|
|    Petitioner, |                     |
| v.                      | **CASE REASSIGNMENT ORDER** |
| T. CAREY, Warden,       |                           |
|    Respondent. |                     |
| _____  |                           |
| JON BURNIGHT,           | No. 2:06-cv-02398-RSL-JLW |
|    Petitioner, |                     |
| v.                      |                           |
| THOMAS CAREY, Warden, et al., |                     |
|    Respondents. |                    |
| _____  |                           |
| JON BURNIGHT,           | No. 2:08-cv-01894-GEB-DAD |
|    Petitioner, |                     |
| v.                      |                           |
| D.K. SISTO, Warden,     |                           |
|    Respondent. |                     |

----oo0oo----

1

1       All three of the above-captioned cases are habeas corpus
2  petitions filed by the same Petitioner, Jon Burnight.  Although
3  the petitions challenge three separate denials by the California
4  Board of Parole Hearings, they nonetheless arise from the same
5  commitment offense and provide similar legal claims.  The
6  earliest filed case, <u>Burnight v. Carey</u>, (Case No. 2:05-cv-02019-
7  MCE-CHS) has been administratively stayed pending a decision in
8  <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), <u>reh'g en banc
9  granted</u>, 527 F.3d 797 (9th Cir. May 16, 2008).  It would also
10 appear prudent to await a decision in <u>Hayward</u> with regard to the
11 two other cases, since their facts and legal claims also closely
12 parallel the issues presented in <u>Hayward</u>.
13      Reassignment to a single judge under these circumstances
14 would both avoid duplication of judicial effort and the potential
15 for inconsistent disposition.  Reassignment would also appear
16 authorized by Local Rule 81-190(d), which provides for the
17 assignment of subsequent petitions filed by the same Petitioner
18 to the Judge or Magistrate judge who considered the prior
19 petition.  Consequently, as the Judge with the earliest filed
20 petition filed by Mr. Carey, I request that his two subsequently
21 filed petitions also be reassigned to me.  If the reassignment is
22 approved by the Chief Judge, all documents thereafter filed in
23 all three cases shall bear the filing designation MCE-CHS.

 Dated: July 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

The reassignment of <u>Burnight v. Carey, et al.</u>, Case No. 2:06-cv-02398-RSL-JLW, and <u>Burnight v. Sisto</u>, Case No. 2:08-cv-01894-GEB-DAD, to the Honorable Morrison C. England, Jr., is approved. The Clerk of Court shall make the appropriate adjustments in the assignment of civil cases to reflect this reassignment.

IT IS SO ORDERED.

**Dated:   July 27, 2009**              /s/ Anthony W. Ishii
                               CHIEF UNITED STATES DISTRICT JUDGE