IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON BURNIGHT,

    Petitioner,                     No. CIV S-08-1894 MCE CHS P

    vs.

D.K.SISTO,

    Respondent.                  <u>ORDER</u>

        Petitioner's application for writ of habeas corpus was denied and judgment entered on March 29, 2011. Petitioner filed a timely notice of appeal with respect to that decision and his appeal has been processed to the Ninth Circuit.

        Petitioner has filed a motion to proceed on appeal in forma pauperis. Petitioner's declaration makes the showing required by 28 U.S.C. § 1915(a), accordingly his motion to proceed in forma pauperis on appeal is hereby GRANTED.

IT IS SO ORDERED.

DATED: May 31, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1